AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241                    FILED

# UNITED STATES DISTRICT COURT
для the

2022 FEB -4 PM 12: 39

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

Robert M Morrison
_Petitioner_

v.   Case No. 5:22-cv-70-JLB-PRL
_(Supplied by Clerk of Court)_

Warden Lane
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
**Personal Information**

1. (a) Your full name: Robert Mack Morrison Sr.
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex - Low P.O. Box 1031
   (b) Address: Coleman, FL 33521

   (c) Your identification number: 48380-018
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Middle District Tampa, Florida
   (b) Docket number of criminal case: 8:05-CR-498-T-17MSS
   (c) Date of sentencing: March 6, 2007
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits) FSA Credits

MORRISON, ROBERT 48380018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: FSA Credits was applied my Projected statutory for release never Changed without completing RDAP 18 U.S.C. 3624 Liberty intrest protected by due process

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: See Sentence monitoring Computation Data
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

   (d) Date of the decision or action: 1-25-2022

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes   ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal: N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☐ No

If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☐ No

MORRISON, ROBERT 48380018

Page 4 of 9

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☒ No

MORRISON, ROBERT 48380018

Page 5 of 9

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** FSA Implentation: under First Step Act of 2018 (FSA) eligible inmates may earn Federal time credits for successful participation in evidence programs based, recidivism programs and productive activities

(a) Supporting facts (Be brief. Do not cite cases or law.):
I am FSA eligible, my statutory release date never changed nor has my projected release date. I was given 365 days FSA credits. The dates are wrong totally see sentence monitoring computation data as of 1-25-2022

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** My halfway house date is still 11-29-22. I should not be sitting in Coleman, FL due to being Eligible to earn FTC retroactively back to December 18, 2018

(a) Supporting facts (Be brief. Do not cite cases or law.):
I meet a criteria, I have supervised release 5yrs, the 365 credits I am eligable can and should be applied toward my release and home detention date

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** Other RDAP inmates that was eligible for FSA credits, sentences were changed, when the credits were applied to them and they have not completed the program

(a) Supporting facts (Be brief. Do not cite cases or law.):
I have completed RDAP and many other programs my release halfway house date is still the same. The purpose of FSA was intended to get people out of the criminal justice system and that has not been achieved with me still sitting in prison

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☐ No

MORRISON, ROBERT 48380018

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The BOP's deadline January 2022 has expired the government can't hide behind the ripeness as the BOP deadline has expired

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I am part of this unjust system I am using this habeas corpus to show my unlawful imprisonment. I am asking the court to be released from prison. I was eligible for 365 1yr FSA credits and my release halfway house date is still the same. Please seek Judicial Intervention release me from prison as of January 15, 2022 I am being unlawfully detained in prison

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: I ask the courts to immediate release me and place me in a community placement so I can start rebuilding my life and protect this petition by 18 U.S.C. 3624 Liberty intrest by due process

MORRISON, ROBERT 48380018

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I Placed this petition in the mail on 1-27-2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 1-27-2022

Robert M Morrison
*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

MORRISON, ROBERT 48380018

Page 9 of 9

```
    COLHT  540*23  *          SENTENCE MONITORING          *    01-25-2022
    PAGE 001       *          COMPUTATION DATA             *    09:45:58
                              AS OF 01-25-2022

REGNO..: 48380-018 NAME: MORRISON, ROBERT M


FBI NO...........: 304067CB7           DATE OF BIRTH: 11-27-1972  AGE:  49
ARS1.............: COL/A-DES
UNIT.............: C-2                 QUARTERS.....: C08-119L
DETAINERS........: NO                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 05-23-2022

FINAL STATUTORY RELEASE FOR INMATE.: 11-23-2023 VIA 3621E CMPL
        WITH APPLIED FSA CREDITS.:   365 DAYS
THE INMATE IS PROJECTED FOR RELEASE: 11-23-2023 VIA FSRDAP CND



------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER....................: 8:05-CR-498-T-17MSS
JUDGE............................: KOVACHEVICH
DATE SENTENCED/PROBATION IMPOSED: 03-06-2007
DATE COMMITTED...................: 05-15-2007
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00           $00.00         $00.00

RESTITUTION...: PROPERTY: YES  SERVICES:  NO      AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 & 841(B)(1)(B) CONSPIRACY TO DISTRIBUTE & TO PWITD 5KGS
        OR MORE OF COCAINE (CT 1).

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    262 MONTHS
 TERM OF SUPERVISION............:     60 MONTHS
 DATE OF OFFENSE................: 12-16-2005




G0002          MORE PAGES TO FOLLOW . . .
```

*Grand Prairie*
*972-352-4400*

```
 COLHT   540*23  *         SENTENCE MONITORING          *     01-25-2022
PAGE 002         *          COMPUTATION DATA            *     09:45:58
                            AS OF 01-25-2022

REGNO..: 48380-018 NAME: MORRISON, ROBERT M


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-24-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-11-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-06-2007
TOTAL TERM IN EFFECT............:    262 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     21 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 12-16-2005

JAIL CREDIT.....................:       FROM DATE    THRU DATE
                                         12-16-2005   03-05-2007

TOTAL PRIOR CREDIT TIME.........: 445
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1059
TOTAL GCT EARNED................: 744
STATUTORY RELEASE DATE PROJECTED: 11-23-2024
ELDERLY OFFENDER TWO THIRDS DATE: 07-08-2020
EXPIRATION FULL TERM DATE.......: 10-18-2027
TIME SERVED.....................:      16 YEARS       1 MONTHS     10 DAYS
PERCENTAGE OF FULL TERM SERVED..:   73.7
PERCENT OF STATUTORY TERM SERVED:   85.0

3621E COMPLETE RESIDENT PROGRAM.: 10-06-2021
3621E COMPLETE COMMUNITY PROGRAM: 11-23-2023
3621E RELEASE DATE..............: 11-23-2023




G0002         MORE PAGES TO FOLLOW . . .
```

```
 COLHT   540*23 *          SENTENCE MONITORING         *    01-25-2022
PAGE 003 OF 003 *          COMPUTATION DATA            *    09:45:58
                           AS OF 01-25-2022

REGNO..: 48380-018 NAME: MORRISON, ROBERT M


PROJECTED SATISFACTION DATE.....: 11-23-2023
PROJECTED SATISFACTION METHOD...: 3621E CMPL

REMARKS.......: COMP REFLECTS GED STATUS 11-13-08. GED UNSAT 10-15-10 EM/L.
                10-02-15 UPDT GED ROSTER L/CMT. 06-21-16 UPDT GED ROSTER L/CMT
                01/15/20 3621E COND L/ALH. 2-1-21 IHP/GED UPDT;764 STATUS
                RMVD L/KDS. 4-15-21 764 UPDT L/KDS. 11-5-21 BP628 UPDT L/RJR




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

~rt Morrison #48580-018
~al Correctional Complex - Low
Box 1031
~man, FL 33521



Tampa/St Pete FL 336
FRI 28 JAN 2022 PM

SCREENED
By USMS

Clerk of The Court
207 N.W. 2nd St
Room 337
Ocala, FL 34475