UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT M. MORRISON,

    Petitioner,

v.                                                 Case No.: 5:22-cv-70-JLB-PRL

WARDEN, FCC COLEMAN LOW,

    Respondent.
_____/

## ORDER

    This matter comes before the Court on review of the file. Petitioner, a federal prisoner, initiated this pro se action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The Respondent responded to the petition, arguing that Petitioner's sentence has been recalculated. (Doc. 7). Petitioner did not file a reply.

    On March 1, 2023, the Court directed Petitioner to show cause within 14 days why the case should not be dismissed as moot. (Doc. 9). The Court warned Petitioner that if he failed to respond, the case would be dismissed without further notice. (Id.) The Order to Show Cause was returned to the Court as undeliverable. According to the BOP's website, Petitioner was released from custody on November 23, 2022.[1] To date, Petitioner has not notified the Court of any change of address. It appears that Petitioner has abandoned his case.

---

[1] Federal Bureau of Prisons, Find an Inmate, https://www.bop.gov/inmateloc/ (last visited April 12, 2023).

The Court thus dismisses this case without prejudice for failure to prosecute. See M.D. Fla. Local Rule 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay."). Accordingly, it is

**ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment, deny as moot any pending motions, and close this file.

**DONE AND ORDERED** in Fort Myers, Florida on April 12, 2023.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE

SA: OCAP-2

Copies: All Parties of Record